MARGARET E. MARTH, Respondent, v. JOHN W. BALDWIN, Appellant.— On the court's own motion, the decision handed down on October 29, 1934 [*ante*, p. 799], is hereby amended to read as follows: Order modified and affirmed in accordance with amended decision in *Marth* v. *Baldwin* [*ante*, p. 844], decided herewith. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

NASSAU GASOLENE SERVICE STATIONS, INC., Appellant, v. WILLIAM F. FAULKNER, Respondent, and GUSTAVE PEZOLD, Defendant.— Order of the County Court of Nassau county, in so far as it denies plaintiff's motion to strike out the defenses, under rules 113 and 114 of the Rules of Civil Practice, in an action for rent, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

HOWARD C. NAGEL, Respondent, v. HELEN J. NAGEL, Individually and as Trustee, etc., of JOHN C. NAGEL, Deceased, Defendant, and EDITH N. JORDAN, as Executrix, etc., of JOHN P. JORDAN, Deceased, Appellant.— Order denying in part appellant Jordan's application to vacate the notice of examination before trial in an action based on claimed illegal investments participated in by her decedent modified by providing that the examination of appellant as to items 1 and 2 shall be limited to such knowledge as she possesses in her representative capacity since she is to be examined as an adverse party and not as a witness. As thus modified, the order is affirmed, with ten dollars costs and disbursements to appellant. (*Pardee* v. *Mutual Benefit Life Ins. Co.*, 238 App. Div. 294.) It is directed that the examination proceed on five days' notice. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.